AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

FILED

APR 1 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEROLD V. PAXTON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-07-00702-001 MEJ<br>BOP Case Number: DCAN307CR000702-001<br>USM Number:    JEROLD V. PAXTON<br>Defendant's Attorney :GEOFFREY HANSEN |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>2-5</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ X ]  Count One of the Petition is dismissed by Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 4/18/2013<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: June 25, 1977 | |
| Defendant's USM No.: | |
| | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| | Honorable Maria-Elena James, U.S. Magistrate Judge |
| Defendant's Mailing Address: P.O. Box 251<br>Olema, CA 94950 | Name & Title of Judicial Officer |
| | 4/18/2013<br>Date |

DEFENDANT: Jerold V. Paxton  
CASE NUMBER:   CR-07-00702-001 MEJ

Judgment - Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Two | failed to abstain from the use of alcoholic beverages | September 21, 2012 |
| Three | left judicial district without prior approval | September 21, 2012 |
| Four | failed to follow instruction from probation officer | September 20, 2012 |
| Five | failed in participate in drug and alcohol testing program | August 30, 2012 |

DEFENDANT: JEROLD V. PAXTON  
CASE NUMBER: CR-07-00702-001 MEJ

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 days .

[x] The Court makes the following recommendations to the Bureau of Prisons:
with credit for time served after determination of defense counsel, Geoffrey Hansen

[x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

[ ] at ___ [] am [] pm on ___.
[ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before 2:00 pm on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

___

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy United States Marshal